MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:11-70238 MAG |
| ) | |
| Plaintiff, ) | AMENDED [PROPOSED] ORDER AND |
| ) | STIPULATION TO CONTINUE |
| v. ) | HEARING DATE TO MAY 1, 2012 AND |
| ) | TO EXCLUDE TIME UNDER |
| MICHAEL DUPREE BROWN, ) | THE SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | |

The above-captioned matter is set on March 6, 2012 before this Court for a status hearing. The parties request, however, that the matter be continued to May 1, 2012 and that time be excluded pursuant to 18 U.S.C. § 3161(b) between March 6, 2012 and May 1, 2012 for the reasons stated below.

Defendant is presently charged in a criminal complaint with violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), 18 U.S.C. § 924(c), and 18 U.S.C. § 922(g)(1). Defendant has previously waived his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 5 (Docket No. 10), and has previously agreed to exclude time within which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b). Additionally, defendant

is currently serving a ten-year federal prison sentence imposed in case no. CR-10-00176 PJH.

The United States Marshals Service notified undersigned counsel today that the Defendant would not be present at his scheduled March 6, 2012 court appearance because he had not yet been transferred to the Northern District of California from the Federal Correctional Institution in Lompoc, CA. Moreover, discovery needs to be provided to defense counsel, and defense counsel needs time to review and analyze the discovery and to discuss the same with defendant. Both parties need additional time to review the discovery in this case, to effectively prepare for future hearings, and/or to attempt to negotiate a pre-indictment resolution. The parties anticipate that a resolution of this matter (as well as the Form 12 pending before Judge Wilken based on the same underlying conduct) will be reached prior to the May 1, 2012 appearance. The Defendant agrees to continue to exclude time within which to be charged by Indictment or Information pursuant to 18 U.S.C. § 3161(b) from March 6, 2012 to May 1, 2012. The Court finds good cause for excluding the time period for a preliminary hearing under Rule 5.1.

Accordingly, and with the consent of the defendant, the Court (1) sets a status hearing before the duty magistrate judge on May 1, 2012, at 9:30 a.m., and (2) orders that the period from March 6, 2012 to May 1, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: March 7, 2012 _____/s/_____
GARRICK S. LEW
Attorney for Defendant

DATED: March 7, 2012 _____/s/_____
RANDY S. LUSKEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: March 8, 2012 _____
LAUREL BEELER
United States Magistrate Judge

2